[No. 23884-1-I.   Division One.   July 23, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. LOLA MARIE ROLAND, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88-8-05011-4, Carmen Otero, J., entered March 22, 1989. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Webster and Forrest, JJ.

[No. 23642-3-I.   Division One.   July 23, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID ROHLEDER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88-1-03847-0, Edward Heavey, J., entered January 9, 1989. *Remanded* by unpublished opinion per Baker, J., concurred in by Coleman, C.J., and Pekelis, J.

[No. 23831-1-I.   Division One.   July 23, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. LEONARD MICHAEL STANTON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-8-00290-8, Carmen Otero, J., entered March 17, 1989. *Reversed* by unpublished opinion per Grosse, J., concurred in by Coleman, C.J., and Scholfield, J.